Kevin G. McBride (SBN 195866)
kgmcbride@jonesday.com
Steven J. Corr (SBN 216243)
sjcorr@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539

Ryan B. McCrum (*pro hac vice*)
Attorneys for Third Parties
AVID TECHNOLOGY, INC. and
PINNACLE SYSTEMS, INC.

J S - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Multimedia Patent Trust,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>The Walt Disney Company, et al.,<br><br>　　　　　　　Defendants. | Case No. CV11-08869-R (PJWx)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER COMPELLING THIRD PARTIES AVID TECHNOLOGY, INC. AND PINNACLE SYSTEMS, INC. TO PRODUCE REQUESTED DOCUMENTS PURSUANT TO SUBPOENA** |

 Upon consideration of the papers submitted by the parties, the Court, finding good cause exists, hereby DENIES WITHOUT PREJUDICE Plaintiff's Motion for an Order Compelling Third Parties Avid Technology, Inc. and Pinnacle Systems, Inc. to Produce Requested Documents Pursuant to Subpoena.

**IT IS SO ORDERED.**

Dated:   December 8, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Manuel L. Real
　　　　　　　　　　　　　　　　　　United States District Judge